1  Allison M. Scott
   Allison.scott@huschblackwell.com
2  HUSCH BLACKWELL LLP
   355 S. Grand Avenue, Suite 2850
3  Los Angeles, CA 90071
   213-337-6550 Telephone
4  213-337-6551 Facsimile

5

6  Jeffrey B. Jensen*
   Jeff.jensen@huschblackwell.com
   Lisa Ottolini*
7  Lisa.ottolini@huschblackwell.com
   Michael Martinich-Sauter*
8  Michael.martinich-sauter@huschblackwell.com
   HUSCH BLACKWELL LLP
9  190 Carondelet Plaza, Suite 600
   St. Louis, MO 63105
10 314-480-1500 Telephone
   314-480-1505 Facsimile
11
   * *Pro hac vice* applications forthcoming
12

13 ***Counsel for Defendants California Health and***
   ***Wellness Plan, Inc.; Celtic Insurance***
14 ***Company, Inc.; Centene Corporation; Health***
   ***Net, Inc.; Health Net of California, Inc.;***
15 ***Health Net Community Solutions, Inc.; Sally***
   ***Chow; Deanna Eaves; Garrett Leaf; Steve***
16 ***Killius; and Arnie Vartanian***

17                **UNITED STATES DISTRICT COURT**

18               **EASTERN DISTRICT OF CALIFORNIA**

19 UNITED STATES OF AMERICA AND STATE
   OF CALIFORNIA EX REL. RAVINDER          Case No.:  2:18-CV-2608-MCE
20 KHAIRA,
                                            **ORDER GRANTING STIPULATION**
21          *Plaintiff and Relator,*        **REGARDING EXTENSIONS OF**
                                            **TIME**
22 v.

23 CALIFORNIA HEALTH AND WELLNESS
   PLAN, INC., et al.,
24
            *Defendants.*
25

26

27

28

Order Granting Stipulation Regarding
                                                              Extensions of Time

HB: 4885-3329-2084.1

1    Before the Court is Relator Ravinder Khaira ("Relator") and Defendants California

2  Health and Wellness Plan, Inc.; Celtic Insurance Company, Inc.; Centene Corporation;

3  Health Net, Inc.; Health Net of California, Inc.; Health Net Community Solutions, Inc.;

4  Sally Chow; Deanna Eaves; Garrett Leaf; Steve Killius; and Arnie Vartanian (together, the

5  "Stipulating Defendants") Stipulation Regarding Extension of Time, ECF No. 54, the Court

6  grants the stipulation to the following extensions of time:

7    (1)    The deadline for each of the Stipulating Defendants to answer or otherwise

8  respond to the Complaint shall be extended to October 10, 2022.

9    (2)    Relator's deadline to oppose the Stipulating Defendants' response to the

10 Complaint and/or to amend the Complaint shall be extended to November 7, 2022, which

11 is 28 days after the deadline for the Stipulating Defendants to answer or otherwise respond

12 to the Complaint.

13    IT IS SO ORDERED.

14 DATED:  October 9, 2022

17 _____
   MORRISON C. ENGLAND, JR.
   SENIOR UNITED STATES DISTRICT JUDGE