

# United States District Court
# Eastern District of California

| U.S. ex rel Ravinder Khaira | | Case Number: | 2:18-cv-2608-MCE-JDP |

Plaintiff(s)

V.

| California Health and Wellness Plan, Inc. et al |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Spencer Tolson** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

See Exhibit A

On **06/27/2022** (date), I was admitted to practice and presently in good standing in the **State of Missouri** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **10/05/2022**                Signature of Applicant: /s/ **Spencer Tolson**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Spencer Tolson |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 4801 Main Street |
| | Suite 1000 |
| City: | Kansas City   State: MO   Zip: 64112 |
| Phone Number w/Area Code: | (816) 983-8227 |
| City and State of Residence: | Lewisville, TX |
| Primary E-mail Address: | spencer.tolson@huschblackwell.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Allison Scott |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 355 South Grand Avenue |
| | Suite 2850 |
| City: | Los Angeles   State: CA   Zip: 90071 |
| Phone Number w/Area Code: | (213) 356-2946   Bar #: 305989 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 11, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE