

# United States District Court
# Eastern District of California

| | |
|---|---|
| U.S. ex rel Ravinder Khaira | Case Number:  2:18-cv-2608-MCE-JDP |
| Plaintiff(s) | |

V.

| | |
|---|---|
| California Health and Wellness Plan, Inc. et al | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael Martinich-Sauter hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: See Exhibit A

On  09/18/2013  (date), I was admitted to practice and presently in good standing in the  State of Missouri  (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:  10/05/2022          Signature of Applicant: /s/ Michael Martinich-Sauter

**Pro Hac Vice Attorney**

Applicant's Name: Michael Martinich-Sauter

Law Firm Name: Husch Blackwell LLP

Address: 190 Carondelet Plaza

Suite 600

City: St. Louis    State: MO    Zip: 63105

Phone Number w/Area Code: (314) 345-6234

City and State of Residence: Chesterfield, MO

Primary E-mail Address: michael.martinich-sauter@huschblackwell.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Allison Scott

Law Firm Name: Husch Blackwell LLP

Address: 355 South Grand Avenue

Suite 2850

City: Los Angeles    State: CA    Zip: 90071

Phone Number w/Area Code: (213) 356-2946    Bar # 305989

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 11, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE