Allison M. Scott
Allison.scott@huschblackwell.com
HUSCH BLACKWELL LLP
355 S. Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-337-6550 Telephone
213-337-6551 Facsimile

Jeffrey B. Jensen*
Jeff.jensen@huschblackwell.com
Lisa Ottolini*
Lisa.ottolini@huschblackwell.com
Michael Martinich-Sauter*
Michael.martinich-sauter@huschblackwell.com
Spencer Tolson*
Spencer.tolson@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
314-480-1505 Facsimile

* Pro hac vice admission pending

*Counsel for Defendants California Health and Wellness Plan, Inc.; Celtic Insurance Company, Inc.; Centene Corporation; Health Net, Inc.; Health Net of California, Inc.; Health Net Community Solutions, Inc.; Sally Chow; Deanna Eaves; Garrett Leaf; Steve Killius; and Arnie Vartanian*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA EX REL. RAVINDER KHAIRA,<br><br>*Plaintiff and Relator,*<br>v.<br><br>CALIFORNIA HEALTH AND WELLNESS PLAN, INC., et al.,<br><br>*Defendants.* | Case No.: 2:18-CV-2608-MCE-JDP<br><br>**ORDER TO SEAL DOCUMENTS AND FILE REDACTED MEMORANDUM** |

Defendants California Health and Wellness Plan, Inc., Celtic Insurance Company, Inc., Centene Corporation, Health Net, Inc., Health Net of California, Inc., Health Net Community Solutions, Inc., Sally Chow, Deanna Eaves, Garrett Leaf, Steve Killius, and Arnie Vartanian have moved to seal the Memorandum in Support of the Motion to Dismiss, to file a redacted version of said Memorandum, and seal the associated settlement agreement.

The Court, having considered the request, **GRANTS** the request. The Memorandum in Support of the Motion to Dismiss and the associated settlement agreement shall be sealed for a period of not more than one year from the date this Order is electronically filed. If the parties determine that additional sealing is warranted after that time, they may file for an extension of this Order.

IT IS SO ORDERED.

DATED: October 15, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE