1  **BOUTIN JONES INC.**
   Brian M. Taylor (SBN 214838)
2  Michael E. Chase (SBN 214506)
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814
   Tel.: (916) 321-4444
4  Fax: (916) 441-7597
   btaylor@boutinjones.com
5  mchase@boutinjones.com

6  Attorneys for Relator
   RAVINDER KHAIRA, M.D.

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, EX REL. RAVINDER KHAIRA, M.D., an individual, <br><br>          Plaintiffs and Relator, <br><br> vs. <br><br> CALIFORNIA HEALTH AND WELLNESS PLAN, INC.; <br> CELTIC INSURANCE COMPANY, INC.; <br> CENTENE CORPORATION; <br> HEALTH NET, INC.; <br> HEALTH NET OF CALIFORNIA, INC.; <br> HEALTH NET COMMUNITY SOLUTIONS, INC.; <br> PATRICIA CLAREY, an individual; <br> TERRI HOWELL, an individual; <br> KATHY PLAKSIN, an individual; <br> DEANNA L. EAVES, an individual; <br> ABBIE A. TOTTEN, an individual; <br> ALEJANDRA CLYDE, an individual; <br> SALLY CHOW, an individual; <br> ARNIE VARTANIAN, an individual; <br> SCOTT ARMSTRONG, an individual; <br> CHRISTOPHER D. BOWES, an individual; <br> LARRY FOX, an individual; and <br> GARRET LEAF, an individual, <br> ANTWAIN TABB, and individual, and; <br> STEVE KILLIAN, an individual <br><br>          Defendants. | **CASE NO. 2:18-cv-2608-MCE-EFB** <br><br><br> **ORDER GRANTING RELATOR RAVINDER KHAIRA M.D.'S MOTION FOR ADMINISTRATIVE RELIEF: EX PARTE APPLICATION FOR LEAVE TO FILE OPPOSITION BRIEF IN EXCESS OF PAGE LIMIT SPECIFIED IN INITIAL PRETRIAL SCHEDULING ORDER** <br><br> Date Action Filed: 09/24/2018 <br> Unsealed: 7/22/2022 |

///

PROOF OF SERVICE                                                                                                     1279143.1

## **ORDER**

Good cause appearing, the ex parte application of Relator Ravinder Khaira, M.D. for relief from the 20-page limit on the length of the memorandum is granted. Plaintiffs may file a memorandum of not more than 25 pages (excluding exhibits, supporting documentation, and tables) in opposition to defendants' Motion to Dismiss.

Dated: November 4, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE                                                                                                                    1279143.1