Allison M. Scott (Bar No. 305989)
Allison.scott@huschblackwell.com
HUSCH BLACKWELL LLP
355 S. Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-337-6550 Telephone
213-337-6551 Facsimile
Jeffrey B. Jensen*
Jeff.jensen@huschblackwell.com
Lisa Ottolini*
Lisa.ottolini@huschblackwell.com
Michael Martinich-Sauter*
Michael.martinich-sauter@huschblackwell.com
Spencer Tolson*
Spencer.tolson@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
314-480-1505 Facsimile
*Admitted *pro hac vice*

*Counsel for Defendants California Health and Wellness Plan, Inc.; Celtic Insurance Company, Inc.; Centene Corporation; Health Net, Inc.; Health Net of California, Inc.; Health Net Community Solutions, Inc.; Sally Chow; Deanna Eaves; Garret Leaf; Steve Killian; and Arnie Vartanian*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA EX REL. RAVINDER KHAIRA, | Case No.: 2:18-CV-2608-MCE-JDP |
| *Plaintiff and Relator,* | **ORDER TO SEAL DOCUMENTS AND FILE REDACTED MEMORANDUM** |
| v. | |
| CALIFORNIA HEALTH AND WELLNESS PLAN, INC., et al., | |
| *Defendants.* | |

1       Defendants California Health and Wellness Plan, Inc., Celtic Insurance Company,

2   Inc., Centene Corporation, Health Net, Inc., Health Net of California, Inc., Health Net

3   Community Solutions, Inc., Sally Chow, Deanna Eaves, Garret Leaf, Steve Killian, and

4   Arnie Vartanian have moved to seal the Memorandum in Support of the Motion to Dismiss

5   and the settlement agreement filed in conjunction with that Motion.

6       The Court, having considered the request, **GRANTS** the request.  Those

7   documents shall be filed under seal from a period not to exceed one year from the date this

8   Order is electronically filed.  Should the parties determine additional sealing is warranted,

9   they may file a request to extend the sealing period prior to the expiration of that time.

10       IT IS SO ORDERED.

11   Dated:  November 28, 2022

12

13   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28