**BOUTIN JONES INC.**
Brian M. Taylor (SBN 214838)
Michael E. Chase (SBN 214506)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel.: (916) 321-4444
Fax: (916) 441-7597
btaylor@boutinjones.com
mchase@boutinjones.com

Attorneys for Relator
RAVINDER KHAIRA, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, EX REL. RAVINDER KHAIRA, M.D., an individual, <br><br>Plaintiffs and Relator, <br><br>vs. <br><br>CALIFORNIA HEALTH AND WELLNESS PLAN, INC.; <br>CELTIC INSURANCE COMPANY, INC.; <br>CENTENE CORPORATION; <br>HEALTH NET, INC.; <br>HEALTH NET OF CALIFORNIA, INC.; <br>HEALTH NET COMMUNITY SOLUTIONS, INC.; <br>PATRICIA CLAREY, an individual; <br>TERRI HOWELL, an individual; <br>KATHY PLAKSIN, an individual; <br>DEANNA L. EAVES, an individual; <br>ABBIE A. TOTTEN, an individual; <br>ALEJANDRA CLYDE, an individual; <br>SALLY CHOW, an individual; <br>ARNIE VARTANIAN, an individual; <br>SCOTT ARMSTRONG, an individual; <br>CHRISTOPHER D. BOWES, an individual; <br>LARRY FOX, an individual; and <br>GARRET LEAF, an individual, <br>ANTWAIN TABB, and individual, and; <br>STEVE KILLIAN, an individual <br><br>Defendants. | **CASE NO. 2:18-cv-2608-MCE-EFB** <br><br><br>**ORDER GRANTING RELATOR RAVINDER KHAIRA M.D.'S MOTION FOR ADMINISTRATIVE RELIEF: EX PARTE APPLICATION FOR LEAVE TO FILE OPPOSITION BRIEF IN EXCESS OF PAGE LIMIT SPECIFIED IN INITIAL PRETRIAL SCHEDULING ORDER** <br><br>Date Action Filed: 09/24/2018 <br>Unsealed: 7/22/2022 |

///

1284649.1

## ORDER

Good cause appearing, the ex parte application of Relator Ravinder Khaira, M.D. for relief from the 20-page limit on the length of the memorandum is granted. Plaintiffs may file a memorandum of not more than 25 pages (excluding exhibits, supporting documentation, and tables) in opposition to defendants' Motion to Dismiss the First Amended Complaint.

IT IS SO ORDERED.

DATED: December 5, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1284649.1