# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA EX REL. RAVINDER KHAIRA,<br><br>*Plaintiff and Relator,*<br>v.<br><br>CALIFORNIA HEALTH AND WELLNESS PLAN, INC., et al.,<br><br>*Defendants.* | Case No.: 2:18-CV-2608-MCE-JDP<br><br>**ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Defendants have filed an unopposed motion for an extension of time to file their reply briefs in support of their motions to dismiss the amended complaint. The Court **GRANTS** the request. Defendants shall file their replies no later than December 22, 2022.

IT IS SO ORDERED.

Dated: December 27, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE