Allison M. Scott
Allison.scott@huschblackwell.com
HUSCH BLACKWELL LLP
355 S. Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-337-6550 Telephone
213-337-6551 Facsimile

Jeffrey B. Jensen*
Jeff.jensen@huschblackwell.com
Lisa Ottolini*
Lisa.ottolini@huschblackwell.com
Michael Martinich-Sauter*
Michael.martinich-sauter@huschblackwell.com
Spencer Tolson*
Spencer.tolson@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
314-480-1505 Facsimile
* Appearing pro hac vice

*Counsel for Defendants California Health and Wellness Plan, Inc.; Celtic Insurance Company, Inc.; Centene Corporation; Health Net, Inc.; Health Net of California, Inc.; Health Net Community Solutions, Inc.; Sally Chow; Deanna Eaves; Garrett Leaf; Steve Killius; and Arnie Vartanian*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA EX REL. RAVINDER KHAIRA,<br><br>*Plaintiff and Relator,*<br>v.<br><br>CALIFORNIA HEALTH AND WELLNESS PLAN, INC., et al.,<br><br>*Defendants.* | Case No.: 2:18-CV-2608-MCE-JDP<br><br>**ORDER** |

Defendants California Health and Wellness Plan, Inc., Celtic Insurance Company, Inc., Centene Corporation, Health Net, Inc., Health Net of California, Inc., Health Net Community Solutions, Inc., Sally Chow, Deanna Eaves, Garrett Leaf, Steve Killius, and Arnie Vartanian have moved to file a redacted version of their reply brief in support of their motion to dismiss.

The Court, having considered the request, **GRANTS** the request. The unredacted version of their reply brief shall be filed under seal for a period of one year from the date this Order is electronically filed. Should the parties determine that additional sealing is warranted, they may file a request to extend sealing prior to the termination of that period.

IT IS SO ORDERED.

Dated: January 13, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE