1  PHILLIP A. TALBERT
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for the United States of America

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA and | CASE NO.  2:18-cv-02608 MCE EFB
   | STATE OF CALIFORNIA, EX REL.
12 | RAVINDER KHAIRA, M.D., an individual, | **ORDER RE: NOTICE OF CONSENTS TO DISMISSAL BY THE UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA**
13 |           Plaintiffs and Relator,
14 |     v.
15 | CENTENE CORPORATION, et al.,
16 |           Defendants.

17

18    Relator Ravinder Khaira, M.D. having filed a Notice of Voluntary Dismissal of this action,

19 and the United States of America and the State of California, having filed a Notice of Consents to

20 Dismissal pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False

21 Claims Act, Cal. Gov't Code § 12652(c)(1), respectively, the Court rules as follows:

22    1.    This action is dismissed with prejudice as to relator Ravinder Khaira, M.D.; and

23    2.    This action is dismissed without prejudice as to the United States and California.

24    3.    The Motions to Dismiss at ECF Nos. 100 and 101 are DENIED as moot.

25    4.    The Clerk of the Court is directed to close this case.

26    IT IS SO ORDERED.

27 Dated:  February 1, 2023

28

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    SENIOR UNITED STATES DISTRICT JUDGE